

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 19, 2020

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Christopher Dennis et al.*, 20 Cr. 545

Dear Judge Krause:

  The Indictment in the above-referenced case was originally filed under seal. On October 19, 2020, a number of the charged defendants were arrested. As a result, the Government respectfully requests that the Court unseal the Indictment.

            Respectfully submitted,

            AUDREY STRAUSS
            Acting United States Attorney

         By: /s/ Derek Wikstrom
            Derek Wikstrom / Lindsey Keenan
            Assistant United States Attorneys
            Tel: (914) 993-1946 / 1907

SO ORDERED:

*/s/ Andrew Krause*
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE