UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         -against-

Christopher Dennis

                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

11/2/20

7:20-cr-00545- ~~VB~~ PMH

Defendant Christopher Dennis hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☒      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel

/s/ Christopher Dennis
Defendant's Signature by permission
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Frank O'Reilly
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/2/20
Date

U.S. District Judge/U.S. Magistrate Judge

# O'REILLY & SHAW, L.L.C.

———————————————— ATTORNEYS AT LAW ————————————————

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL.: (203) 319-0707
FAX: (203) 319-0128

November 2, 2020

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Christopher Dennis
      DK#7:20CR545(PMH)

Dear Judge Halpern:

Please be informed I have discussed with Mr. Dennis his right to be present in person at the arraignment and initial hearing this morning and he has agreed to waive his right to an in person hearing and he has agreed to proceed telephonically.

Very truly yours,

Francis L. O'Reilly