*November 16, 2020*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

*Christopher Dennis,*

Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED REMOTELY**

20 -CR- 545 (PMH) ( )

Defendant *Christopher Dennis* hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Sentencing

☒   *Status Conference*

_____
Defendant's Signature
*Atty for Christopher Dennis*

_____
Defendant's Counsel's Signature

*Christopher Dennis*
_____
Print Defendant's Name

*Francis L. O'Reilly*
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

November 16, 2020
_____
Date

_____
Hon. Philip M. Halpern, U.S. District Judge
Southern District of New York