UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christopher Dennis
                 Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:20-cr-00545-PMH

Defendant Christopher Dennis hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☒ Conference Before a Judicial Officer -

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christopher Dennis
Print Defendant's Name

_____
Defendant's Counsel's Signature

Francis L. O'Reilly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**April 19, 2021**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~