March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY**
                                             **TELECONFERENCE**

                      -v-
                                             **7:20** -CR- **545** ( PMH)

  Christopher Dennis            Defendant(s).
-----------------------------------------------------------------X

Defendant _____Christopher Dennis_____ hereby voluntarily
consents to participate in the following proceeding via teleconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

\_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

\_\_\_    Misdemeanor Plea/Trial/Sentence

_Francis O'Reilly Attorney for_
_Christopher Dennis_____            _____
Defendant's Signature                       Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Christopher Dennis_____          Francis L. O'Reilly_____
Print Defendant's Name                      Print Defense Counsel's Name


This proceeding was conducted by AT&T teleconferencing technology.


**March 10, 2022**                          _____
Date                                        U.S. District Judge/U.S. Magistrate Judge