UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                      :
                                              :
v.                                            :        **SCHEDULING ORDER**
                                              :
**Christopher Dennis,**                       :        20-cr-00545-1PMH
                           Defendant.         :
                                              :
------------------------------------------------------------x

The Court has rescheduled the Change of Plea Hearing to May 26, 2022 at 11:00 a.m. in

Courtroom 520 at the White Plains Courthouse.


Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire. The questionnaire is located on the Court's Website.

Completing the questionnaire online and ahead of time will save time and effort upon entry.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry. Please contact Chambers if you do not meet the requirements.


Dated: May 20, 2022                          SO ORDERED:



                                             Philip M. Halpern, U.S.D.J