# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road
Scarsdale, New York
dah@hochheiser
(646) 863-

> Application granted in part.
>
> Sentencing in this matter shall proceed in at 09:30 a.m. in Courtroom 520 on December 22, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 203.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 18, 2022

July 17, 2022

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *USA v. Marise Hamilton* 20 CR 545 PMH
      Request for Adjournment of Sentence

Your Honor:

      Hamilton requests an adjournment of his sentence scheduled for July 28, 2022. The reason for this request is that I received the final PSR (ECF 200) on July 15, 2022 and need time to review the PSR with Hamilton at the MDC-Brooklyn jail, and also need time to prepare the defense sentence submission, which according to Your Honor's rules is due two weeks prior to sentence. Accordingly, Hamilton requests an **adjournment** of sentence **to a date in September 2022**. I have conferred by email with AUSA Derek Wikstrom. The Government does <u>not</u> object to this request.

Respectfully submitted,

Daniel A. Hochheiser

Cc:   AUSA Derek Wikstrom,
      AUSA Lindsey Keenan

1