# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

November 21, 2022

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, NY 10601

> Application granted.
>
> The sentencing of Defendant Christopher Dennis is adjourned to February 28, 2023 at 4:00 p.m. in Courtroom 520. The Government's sentencing submission is due by February 13, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             November 21, 2022

Re:   United States v. Christopher Dennis   DK#20cr545(PMH)

Dear Judge Halpern:

     Please accept this letter as a consent request for a thirty-day continuance of Mr. Dennis's sentencing currently scheduled for November 29, 2022.  The basis for this request is that the undersigned needs additional to properly prepare for the sentencing in this case.  Further, the undersigned has a federal murder trial scheduled to begin December 5, 2022, before the Honorable Kari A. Dooley, in the District of Connecticut and the preparation for this upcoming trial does not leave the undersigned sufficient time to properly prepare for Mr. Dennis's sentencing.  Lastly, I have contacted Assistant United States Attorney Derek Wickstrom and he has no objection to this request.  Therefore, for all of the above reasons the undersigned is respectfully requesting a thirty-day continuance of the sentencing in the above referenced matter.

Very truly yours,

Francis L. O'Reilly