UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CHRISTOPHER DENNIS,

          Defendant.

20-CR-00545-1 (PMH)

**ORDER**

---

PHILIP M. HALPERN, District Judge:

On February 28, 2023, Christopher Dennis ("Defendant") was sentenced principally to a term of imprisonment of 120 months. (Doc. 238)

On July 11, 2024, Defendant filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. (Doc. 265). The United States Probation Department has issued a supplemental report indicating that the defendant is not eligible for a sentence reduction. (Doc. 267). The Court has considered the record in this case, and Defendant's submission in support of his motion.

It is hereby ORDERED that Defendant is ineligible for this reduction because defendant's original sentence is below the reduced Guidelines range, and this motion is accordingly DENIED.

    **SO ORDERED.**

Dated: White Plains, New York
       October 1, 2024

                                            PHILIP M. HALPERN
                                            United States District Judge